GERALD PAYNE, Appellant, v. KATHERINE PAYNE, Respondent.—

Christ, P. J., Hopkins, Martuscello, Latham and Benjamin, JJ., concur.